427 A.2d 1200

Commonwealth v. Rock, Appellant.

Submitted September 13, 1979. Yvonne Grear, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.